JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT AMAYA, | ) | Case No. ED CV 12-116-DOC (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M. STAINER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 31, 2015
_____

_____/s/ David O. Carter_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE